# In the United States Court of Federal Claims

No. 18-1770C

(Filed: July 2, 2019)

| | |
|---|---|
| JOHN WESLEY SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 7, 2019, the court issued a show cause order in this matter. See ECF No. 11. Therein, the court directed pro se plaintiff to file a response to the court's show cause order, on or before June 21, 2019, "explaining why this action should not be dismissed for failure to prosecute under RCFC 41(b)." Id. at 1. The court's order futher stated that "[d]ismissal pursuant to this rule 'operates as an adjudication on the merits.' If plaintiff fails to meet this deadline, this case will be dismissed." Id. As of the filing of this order, the court has not received any filings from plaintiff.

Accordingly, pursuant to RCFC 41(b), the clerk's office is direct to **ENTER** final judgment **DISMISSING** plaintiff's complaint, **with prejudice**, for failure to prosecute.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Judge